```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19003
   MICHAEL L WALKER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8060

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/14/2004 and was confirmed 08/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK NA      CURRENT MORTG          .00            .00            .00
WELLS FARGO BANK NA      MORTGAGE ARRE      14523.36           .00       14523.36
CAPITAL ONE BANK         UNSEC W/INTER       1032.08        109.78        1032.08
ADVOCATE HEALTH CARE     UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER NOT FILED              .00            .00
LITTLE COMPANY OF MARY   UNSEC W/INTER NOT FILED              .00            .00
LITTLE COMPANY OF MARY   UNSEC W/INTER NOT FILED              .00            .00
LITTLE COMPANY OF MARY   UNSEC W/INTER NOT FILED              .00            .00
ODONOGHUE & ROSENOW      UNSEC W/INTER NOT FILED              .00            .00
EVERGREEN EMERGENCY SCVS UNSEC W/INTER NOT FILED              .00            .00
ADVOCATE CHRIST HOSPITAL UNSEC W/INTER NOT FILED              .00            .00
TRACE AMBULANCE          UNSEC W/INTER NOT FILED              .00            .00
AURORA NATIONAL BANK     UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE BANK         UNSEC W/INTER       1094.40        116.56        1094.40
CAPITAL ONE BANK         UNSEC W/INTER NOT FILED              .00            .00
LITTLE CO MARY HOSPITAL  UNSEC W/INTER NOT FILED              .00            .00
LITTLE CO MARY HOSPITAL  UNSEC W/INTER        668.03         71.03         668.03
LITTLE CO MARY HOSPITAL  UNSEC W/INTER NOT FILED              .00            .00
DANIEL M MOULTON         DEBTOR ATTY        1,700.00                     1,700.00
TOM VAUGHN               TRUSTEE                                         1,047.02
DEBTOR REFUND            REFUND                                              4.14

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             20,366.40

PRIORITY                                        .00
SECURED                                   14,523.36
UNSECURED                                  2,794.51
   INTEREST                                  297.37

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 19003 MICHAEL L WALKER
```

```
ADMINISTRATIVE                                              1,700.00
TRUSTEE COMPENSATION                                        1,047.02
DEBTOR REFUND                                                   4.14
                                       ---------------   ---------------
TOTALS                                      20,366.40         20,366.40
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/16/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 04 B 19003 MICHAEL L WALKER